UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **QUINN KENYETTA WILLIAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-5660-WBV-JVM** |
| **BP EXPLORATION & PRODUCTION INC., ET AL.** | **SECTION: D (1)** |

## ORDER

Considering the Ex Parte Motion by BP Exploration & Production Inc. and BP America Production Company To Withdraw and Substitute Counsel of Record (R. Doc. 11);

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.** Jacques C. Mestayer is hereby withdrawn as counsel of record for defendants, BP Exploration & Production Inc. and BP America Production Company, and Randy J. Marse (La. Bar No. 34662), of the law firm of Liskow & Lewis, shall be enrolled as additional counsel of record for defendants.

New Orleans, Louisiana, November 12, 2019.

_____
**WENDY B. VITTER**
**United States District Judge**